**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marlow Szodoc SMITH, Defendant–**
**Appellant.**

No. 06–50625
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 11, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and OWEN, Circuit Judges.

PER CURIAM: *

Marlow Smith argues that the evidence is insufficient to support his conviction of misdemeanor possession of cocaine base. Smith argues that the evidence merely shows that he was present at a known crack house when authorities executed a search warrant and that it fails to establish that he actually or constructively possessed cocaine base found in the house. Our review of the evidence shows that a rational juror could have concluded that Smith constructively possessed cocaine base by exercising control over rocks of cocaine base found during the execution of the search warrant. *United States v. Ornelas–Rodriguez*, 12 F.3d 1339, 1346 (5th Cir.1994); *United States v. Jaramillo*, 42 F.3d 920, 923 (5th Cir.1995). We will not disturb that determination. *United States v. Runyan*, 290 F.3d 223, 240 (5th Cir.2002).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.